UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN, | Case No.: 2:15-cv-00298-TLN-CMK |
| Plaintiff, | **ORDER MODIFYING ORDER REQUIRING JOINT STATUS REPORT** |
| vs. | |
| COTTONWOOD CHEVRON, INC. dba COTTONWOOD CHEVRON #205183, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS' OF RECORD:  Pursuant to the stipulation of the parties, and for good cause shown, the Court hereby modifies to the February 5, 2015 Order Requiring Joint Status Report issued in this matter.  The Joint Status Report is now due on May 07, 2015.

**IT IS SO ORDERED.**

Dated:  April 30, 2015

Troy L. Nunley
United States District Judge