1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| BRENDA PICKERN, | No. 2:15-cv-0298-TLN-CMK |
|---|---|
| Plaintiff, | |
| v. | ORDER RE SETTLEMENT & DISPOSITION |
| COTTONWOOD CHEVRON, INC., dba COTTONWOOD CHEVRON #205183, | |
| Defendant. | |

The case was before the court for a settlement conference conducted on May 12, 2016. Pursuant to the representations by counsel for the parties, the court has now determined that the matter has settled.

The court now orders that dispositional documents are to be filed not later than forty-five (45) days from the date of this order.

All hearing dates heretofore set in this matter are VACATED.

/////

/////

/////

1  <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3  CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

4      IT IS SO ORDERED.

5  DATED: May 12, 2016.

6      EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE